UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BARRINGTON BANK & TRUST COMPANY, N. A., AMERICAN CHARTERED BANK, BRIDGEVIEW BANK GROUP, CENTRUE BANK, CITIZENS FIRST NATIONAL BANK, FIRST AMERICAN BANK, NORTHBROOK BANK AND TRUST COMPANY, F/K/A FIRST CHICAGO BANK & TRUST, BMO HARRIS BANK N.A., HINSDALE BANK & TRUST COMPANY, INLAND BANK & TRUST, LAKE FOREST BANK AND TRUST COMPANY, LIBERTYVILLE BANK & TRUST COMPANY, NORTH SHORE COMMUNITY BANK & TRUST COMPANY, THE NATIONAL BANK, WEST SUBURBAN BANK, ASSOCIATED BANK, N.A., FIRST NATIONAL BANK AND TRUST COMPANY, FIFTH THIRD BANK, AND U.S. BANK NATIONAL ASSOCIATION<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**Jury Trial Demanded** |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Joao Bock Transaction Systems, LLC ("Joao Bock") hereby discloses, by and through its undersigned counsel, that Joao Bock is a limited liability company. Joao Bock has no parent corporation and no public corporation owns 10% or more of Joao Bock.

Dated: September 15, 2011

Respectfully submitted,

/s/ Mark R. Miller
Edward A. Wallace
Mark R. Miller
WEXLER WALLACE LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Tel: 312-589-6280
Fax: 312-346-0022
MRM@wexlerwallace.com

***Liaison Counsel for Plaintiff Joao Bock Transaction Systems, LLC***

Maureen V. Abbey
John W. Olivo, Jr.
Timothy C. Davis
HENINGER GARRISON DAVIS, LLC
5 Penn Plaza, 23rd Floor
New York, NY 10001
Telephone: 212-896-3876
Facsimile: 646-378-2001

***Attorneys for Plaintiff Joao Bock Transaction Systems, LLC***