**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | § § § § § § § | CIVIL ACTION NO. 1:11-CV-06472 |
| Plaintiff, | | |
| v. | | Hon. Harry D. Leinenweber |
| BARRINGTON BANK & TRUST COMPANY, N. A., AMERICAN CHARTERED BANK, BRIDGEVIEW BANK GROUP, CENTRUE BANK, CITIZENS FIRST NATIONAL BANK, FIRST AMERICAN BANK, NORTHBROOK BANK AND TRUST COMPANY, F/K/A FIRST CHICAGO BANK & TRUST, BMO HARRIS BANK N.A., HINSDALE BANK & TRUST COMPANY, INLAND BANK & TRUST, LAKE FOREST BANK AND TRUST COMPANY, LIBERTYVILLE BANK & TRUST COMPANY, NORTH SHORE COMMUNITY BANK & TRUST COMPANY, THE NATIONAL BANK, WEST SUBURBAN BANK, ASSOCIATED BANK, N.A., FIRST NATIONAL BANK AND TRUST COMPANY, FIFTH THIRD BANK, AND U.S. BANK NATIONAL ASSOCIATION | § § § § § § § § § § § § § § § § § § § § | **L.P.R. 4.1 CERTIFICATION BY** <br><br> **PLAINTIFF** |
| Defendants. | | |

# L.P.R. 4.1 CERTIFICATION BY PLAINITIFF

Plaintiff certifies that the following disputed terms are outcome determinative with respect to the asserted claims and the issues and defenses raised in this litigation. Plaintiff and Defendants agreed to the following terms: (1) "electronic money account", (2) "processing", (3) "transaction", (4) an [apparatus / method] for providing account security". The parties were unable to reach agreement on the last six terms and thus Defendants selected (5) "one of … and…", (6) "processor", and (7) "one of a limitation and a restriction," while Plaintiff selected (8) "receiver", (9) "communication device", and (10) "notification signal."

Respectfully submitted,

Date: November 15, 2012

By:  */s/ Maureen V. Abbey*
Maureen V. Abbey, Pro Hac Vice
HENINGER GARRISON DAVIS, LLC
220 Saint Paul Street
Westfield, NJ 07090
 maureen@hgdlawfirm.com

Mark R. Miller
WEXLER WALLACE LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
MRM@wexlerwallace.com

*Attorneys for Plaintiff Joao Bock Transaction
Systems, LLC*

**CERTIFICATE OF SERVICE**

I, Maureen V. Abbey, an attorney, hereby certify that on November 16, 2012, I caused to be served the Plaintiff's L.P.R. 4.1 Certification with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

 /s/ Maureen V. Abbey