**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Joao Bock Transaction Systems

                              Plaintiff,

v.                                                 Case No.: 1:11−cv−06472
                                                     Honorable Harry D. Leinenweber

First National Bank, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 26, 2013:

      MINUTE entry before Honorable Harry D. Leinenweber:Pursuant to the Stipulation between plaintiff and defendants Inland Bank & Trust, First National Bank and Trust Co, and The National Bank, all claims and counterclaims are dismissed with prejudice.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.