# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOAO BOCK TRANSACTION SYSTEMS, LLC,**

    **Plaintiff,**
v.                                        Case No.: 8:11-cv-887-T35-TGW

**USAMERIBANK, et al.,**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendants' Opposed Motion to Stay Litigation. (S-1) Defendants move to stay this patent infringement action under the customer-suit exception to the first-filed rule contending that Plaintiff filed a recent action in the United States District Court for the Middle District of Florida, Jacksonville Division against the Defendants' supplier of the product constituting the alleged infringement. Defendants contend the action filed in Jacksonville against their supplier involves the same patent at issue in this case and the resolution of the Jacksonville action would render moot the issues before this Court. The Jacksonville action is styled: <u>Joao Bock Transaction Systems, LLC, v. Fidelity National Information Services, Inc.</u>, Case No. 3:13-cv-223-J34-JRK. Defendants also request a hearing on their motion to stay as they contend the resolution of this motion will impact the numerous discovery motions pending in this matter. Upon consideration of all relevant filings, it is hereby **ORDERED** as follows:

    1. All discovery in this action is hereby **STAYED** pending a written

1

response from the Plaintiff to Defendants' motion to stay litigation;

2. Upon receipt of Plaintiff's response, the Court will determine whether a hearing is necessary to resolve the motion;

3. Upon resolution of the Defendants' motion to stay litigation, the Court will, if necessary, re-open discovery in this matter.

**DONE and ORDERED** in Tampa, Florida, on this 26th day of April 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
Any Unrepresented Parties

2

3