**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST NATIONAL BANK, ET AL.<br><br>    Defendants. | § § § § § § § § § § § § §  CIVIL ACTION NO. 1:11-CV-06472<br><br>**Judge Harry D. Leinenweber** |

## PLAINTIFF'S NOTICE OF RECENT DEVELOPMENT

Plaintiff Joao Bock Transaction Systems, LLC ("Plaintiff") submits this Notice of Recent Development relevant to this case and the Parties that remain in this action. On May 16, 2013, Plaintiff informed this Court of recent developments and stay of discovery ordered in a co-pending litigation involving Plaintiff and other similarly situated Defendants[1] being indemnified by Fidelity National Information Services, Inc. ("Fidelity").[2] See case no. 8:11-cv-00887-MSS-TGW (M.D. Fla.) (the "Florida Lawsuit").

Earlier today, the Honorable Judge Scriven granted the Motion to Stay the Florida Lawsuit pending resolution of Plaintiff's lawsuit against Fidelity filed on March 1, 2013, and further directing the clerk to administratively close the Florida Lawsuit. See case no. 3:13-cv-00223-MMH-JRK (M.D. Fla.) (the "Fidelity Lawsuit").

---

[1] The remaining Defendants are Barrington Bank & Trust Company, N.A., American Chartered Bank, Bridgeview Bank Group, Northbrook Bank & Trust Company, Hinsdale Bank & Trust Company, Lake Forest Bank & Trust Company, Libertyville Bank & Trust Company, North Shore Community Bank & Trust Company ("Defendants").
[2] Fidelity is indemnifying its customers who are Defendants in this action and the Florida action.

In view of the similarities in facts and posture of the Parties and the issues in dispute, Plaintiff provides this Notice of Recent Development to this Honorable Court.

Dated: June 5, 2013            Respectfully submitted,

/s/ Maureen V. Abbey
Maureen V. Abbey, *Pro Hac Vice*
HENINGER GARRISON DAVIS, LLC
220 Saint Paul Street
Westfield, NJ 07090
Tel: 908-379-8475
Fax: 205-547-5500
maureen@hgdlawfirm.com

Mark R. Miller
WEXLER WALLACE LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Tel: 312-589-6280
Fax: 312-346-0022
MRM@wexlerwallace.com

**Attorneys for Plaintiff Joao Bock Transaction Systems, LLC**

**CERTIFICATE OF SERVICE**

    I, Maureen V. Abbey, an attorney, hereby certify that on June 5, 2013, I caused to be served the NOTICE OF RECENT DEVELOPMENT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to all counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(E) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                                           /s/ Maureen V. Abbey